# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re: Cathy J. Sebastian,   Case no. 8:06-bk-06460-CED

    Debtor.

_____/

## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

THIS CASE came before the Court upon the Motion filed by Dolores Lori Wheeler, of Winchester Investigative Services, on behalf of Nicholas O. Sebastian, Personal Representative of the Estate of Cathy J. Sebastian, Debtor, a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the Motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of $3,830.69 to Nicholas O. Sebastian, Personal Representative of the Estate of Cathy J. Sebastian, c/o Winchester Investigative Services, P.O. Box 830955, Ocala, FL 34483.

DONE and ORDERED this ____ day of February _____, 2010.

                        CARYL E. DELANO
                        United States Bankruptcy Judge

Copies to:

Dolores Lori Wheeler
Winchester Investigative Services

United States Attorney
Tampa, FL